## 2967. EUNICE v. THE STATE.

POWELL, J. This court will not reverse the action of a judge of a superior court in refusing to sanction a certiorari in a criminal case from a county court, where it does not appear from the record that the accused has given the supersedeas bond required in such cases, or made the pauper affidavit allowed by law as a substitute for the bond. *Johnston* v. *State*, 7 *Ga. App.* 249 (66 S. E. 554), and cases there cited.

*Judgment affirmed.*

DECIDED FEBRUARY 7, 1911.

Certiorari; from Pierce superior court—Judge Parker. September 9, 1910.

*Wade H. Watson,* for plaintiff in error.

*J. H. Thomas, solicitor-general, S. F. Memory,* contra.

---

## 3002. DENT v. THE STATE.

POWELL, J. 1. The evidence authorized the verdict.

2. The court did not err in overruling the motion for continuance, under all the circumstances shown.

3. While it is better that the judge, in charging on the statement of the accused, should follow the language of the statute literally, yet there was not such a departure in the present case as to amount to reversible error.         *Judgment affirmed.*

DECIDED FEBRUARY 7, 1911.

Accusation of carrying concealed weapon; from city court of Dublin—Judge Hawkins. October 10, 1910.

*R. Earl Camp,* for plaintiff in error.

*W. C. Davis, solicitor,* contra.